ROBERT H. VALENTI ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF STONINGTON ET AL.*

The defendants Anthony J. Torraca and Francis Krackowski's petition for certification for appeal from the Appellate Court, 47 Conn. App. 937 (AC 16235), is granted, limited to the following issue:

"Did the trial court improperly substitute its judgment for that of the zoning board of appeals and improperly

---

* The appeal was withdrawn September 3, 1998.

focus on whether a material change in circumstances existed, rather than on whether the record before it supported the board's finding of hardship, in violation of the Appellate Court's decision in *Fernandes* v. *Zoning Board of Appeals*, 24 Conn. App. 49, cert. granted, 218 Conn. 909 (1991), rev'd on court order for failure to defend with due diligence?"

The Supreme Court docket number is SC 15908.

*Peter J. Bartinik, Sr.,* in support of the petition.

Decided April 8, 1998